UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

GABRIEL COVINGTON,

        Plaintiff,

                                        JUDGMENT
                                        18-CV-1113 (AMD)(RML)

        v.

TGI FRIDAYS; FRIDAY KNIGHTS LLC,

        Defendants.
------------------------------------------------------------ X

        An Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on June 20, 2019; dismissing this case for failure to file an amended complaint by deadline date; it is

        ORDERED and ADJUDGED that the case is dismissed for failure to file an amended complaint by deadline date.

Dated: Brooklyn, NY                                                             Douglas C. Palmer
November 21, 2019                                                        Clerk of Court

                                                                                   By: */s/Tiffany Campbell*
                                                                                         Deputy Clerk